# Court of Appeals
# of the State of Georgia

ATLANTA,___March 20, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0839. EUGENE FRENCH v. THE STATE.**

Eugene French was convicted of two counts of aggravated child molestation. We affirmed his convictions. See *French v. State*, 288 Ga. App. 775 (655 SE2d 224) (2007). French then filed a motion to vacate a void judgment, arguing that venue was improper. The trial court denied the motion, and French appeals. We, however, lack jurisdiction.

A motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because French is not authorized to collaterally attack his convictions in this manner, this appeal is subject to dismissal. See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly, French's appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____03/20/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.